IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA, KANSAS

| | |
|---|---|
| DONATA BERG, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. |
| WERNER ENTERPRISES, INC., | ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW the Plaintiff, by and through counsel Jeffrey A. Wilson, Arthur E. Rhodes and Dustin L. DeVaughn of DeVaughn James Injury Lawyers, and for Plaintiff's claims against the Defendant, alleges and states:

1. Plaintiff Donata Berg is a Kansas resident and citizen that resides at 22501 15 Rd., Montezuma, Gray County, Kansas.

2. Defendant, Werner Enterprises, Inc. is a foreign for-profit corporation organized under the laws of Nebraska, with its principal place of business within the State of Nebraska. It may be served through its registered agent, Corporate Creations Network, Inc., 4601 E. Douglas Ave., Ste. 7, Wichita, Kansas 67218.

3. This action arises out of the alleged negligence of Defendant's employees that occurred while said employees were performing their duties in the state of Kansas.

4. This Court has jurisdiction over the persons and subject matter.

5. Venue is proper in the Wichita division of the Kansas District Court of the Federal District Court.

6. This action is brought pursuant to 28 U.S.C. Section 1332(a) on the basis of diversity of citizenship. The matter is in excess of the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs.

7. At all times relevant herein, an employee or agent of Defendant was acting within the course and scope of his employment, which makes Defendant liable for said negligence under the doctrines of vicarious liability.

8. On or about March 25, 2020, Defendant's employee was under the direction and control of Defendant, Werner Enterprise, Inc.

9. On or about March 25, 2020, Defendant's employee was negligent in the way that he loaded certain carts onto the Werner Enterprise, Inc.'s tractor-trailer.

10. On or about March 25, 2020, Defendant's employee was acting within the course and scope of his employment while loading a tractor-trailer owned by Defendant, Werner Enterprise, Inc. at or near the location of Plaintiff's employment at 601 E. Texcoco St., Montezuma, Kansas when the carts or rolltainers being loaded into said truck fell off of the lift gate of the tractor-trailer and landed on top of Plaintiff causing injuries and damages to Plaintiff.

11. Defendant's employee failed to exercise reasonable care in loading the carts, and his carelessness is what caused the cart to fall onto Plaintiff.

12. As a result of Defendant's negligence, Plaintiff sustained serious bodily injury, medical expenses, lost wages and has incurred non-economic damages such as pain and suffering. Furthermore, Plaintiff reasonably expects to incur future medical expenses, future lost wages and future non-economic damages such as pain and suffering.

WHEREFORE, Plaintiff prays for judgment against Defendant in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), for costs herein, and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

DeVaughn James Injury Lawyers

By: */s/ Jeffrey A. Wilson*
Jeffrey A. Wilson, #26527
Arthur E. Rhodes, #17661
Dustin L. DeVaughn, #16559
3241 N Toben
Wichita, KS 67226
Telephone: 316-977-9999
Facsimile: 316-425-0414
Email: jeffwilson@devaughnjames.com
Email: arhodes@devaughnjames.com
Email: ddevaughn@devaughnjames.com
*Attorneys for Plaintiff*

## DEMAND FOR PRETRIAL CONFERENCE AND JURY TRIAL

Plaintiff demands a pretrial conference and trial by a jury in this matter.

## DESIGNATION FOR PLACE OF TRIAL

Plaintiff designates Wichita, Kansas as the place for trial of this matter.

>By: */s/ Jeffrey A. Wilson*
>Jeffrey A. Wilson, #26527
>Arthur E. Rhodes, #17661
>Dustin L. DeVaughn, #16559
>3241 N Toben
>Wichita, KS 67226
>Telephone: 316-977-9999
>Facsimile: 316-425-0414
>Email: jeffwilson@devaughnjames.com
>Email: arhodes@devaughnjames.com
>Email: ddevaughn@devaughnjames.com
>*Attorneys for Plaintiff*